**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6002

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

FERNARDO LEE JORDAN, a/k/a Fernand Lee Jordan, a/k/a Fernando Lee Jordan,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:20-cr-00031-REP-1)

Submitted:  July 29, 2025                           Decided:  August 1, 2025

Before KING, WYNN, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fernardo Lee Jordan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fernardo Lee Jordan appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. "We review a district court's decision [whether] to reduce a sentence under 18 U.S.C. § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The court understood its authority to reduce Jordan's sentence, but the court declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*